# File Hashes for IP Address 24.211.5.167

**ISP:** Time Warner Cable
**Physical Location:** Milwaukee, WI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/27/2013 00:17:32 | 01E260D117B5C3803E0F9C150AE2F1473A9AA414 | Malibu Moments Part #2 |
| 09/27/2013 01:12:17 | 5B69520281DC9887F9B46BAB1D7A51679F9C2F36 | California Dreams |
| 09/26/2013 22:03:48 | BBD83E6D52EDD0B97D6B74C4A31116C827A75155 | Introducing Mila |
| 09/23/2013 22:21:52 | 930A0B4EEC460F18228B26531AC79C1012BB473B | Up Close and Personal |
| 09/23/2013 22:03:54 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 09/23/2013 21:47:29 | 0C4B2406B2C4F151DC576F747487DB1A555778BE | Come From Behind |
| 08/29/2013 22:34:36 | 2C97C501784B38319D5C1EB983E29201390A922E | Girly Girls |
| 08/22/2013 22:18:49 | 1B6F4AE0C9A1474DABB813E67CD05763A582455D | Spontaneous |
| 08/22/2013 22:11:41 | 396A4186E0ED3391ADD8DEB349DAB8F487164D58 | Stay for a While |
| 07/27/2013 18:22:02 | 143CBD213A5B550F233A7DEFD554414D71BCB76C | Wild at Heart |
| 07/27/2013 02:38:31 | 172F9D47668509974475A9F129788EF2E5E429F9 | Meet Me in Madrid |
| 06/23/2013 06:42:00 | DEF8CB75C4D4EC9F98A7E12472F4EC35677E70D6 | Model Couple |
| 06/11/2013 22:52:50 | A3DA3125628DCF630952456457543ECAEDA8BA31 | Transcendence |
| 05/31/2013 03:56:38 | 79A5C92B41677C1E31910BFF5F72AAC01258B0EA | Unbelievably Beautiful |
| 04/19/2013 23:46:55 | 01FBE453B518849DA8D200AE68E00329C17998E7 | Fashion Models |
| 03/23/2013 23:16:21 | F469B74129C83267DC32BDE6D45DF5534BCA4348 | Afternoon Snack |
| 02/23/2013 04:32:12 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 02/23/2013 03:58:00 | 0D58932E6D94584369F96A44312102A094D67BB1 | Waterfall Emotions |
| 02/21/2013 23:16:38 | 99B8BAA515E89ECC908B20F1CEA2218BFA2690BC | Morning Desires |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

EWI52