Copyrights-In-Suit for IP Address 24.211.5.167

**ISP:** Time Warner Cable
**Location: Milwaukee, WI**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **Afternoon Snack** | PA0001833267 | 02/23/2013 | 04/01/2013 | 03/23/2013 |
| **California Dreams** | PA0001780564 | 03/12/2012 | 03/12/2012 | 09/27/2013 |
| **Come From Behind** | PA0001863248 | 09/23/2013 | 09/26/2013 | 09/23/2013 |
| **Fashion Models** | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/19/2013 |
| **First and Forever** | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/23/2013 |
| **Girly Girls** | PA0001862284 | 08/28/2013 | 09/08/2013 | 08/29/2013 |
| **Introducing Mila** | PA0001859652 | 07/23/2013 | 08/01/2013 | 09/26/2013 |
| **Malibu Moments Part #2** | PA0001860958 | 08/15/2013 | 09/02/2013 | 10/27/2013 |
| **Meet Me in Madrid** | PA0001847658 | 06/12/2013 | 06/30/2013 | 07/27/2013 |
| **Model Couple** | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/23/2013 |
| **Morning Desires** | PA0001819292 | 12/31/2012 | 01/08/2013 | 02/21/2013 |
| **Spontaneous** | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/22/2013 |
| **Stay for a While** | PA0001859661 | 07/05/2013 | 08/02/2013 | 08/22/2013 |
| **Still With Me** | PA0001813360 | 11/02/2012 | 11/19/2012 | 02/23/2013 |
| **Transcendence** | PA0001799577 | 07/30/2012 | 07/31/2012 | 06/11/2013 |
| **Unbelievably Beautiful** | PA0001805315 | 08/24/2012 | 09/10/2012 | 05/31/2013 |
| **Up Close and Personal** | PA0001859653 | 07/21/2013 | 08/01/2013 | 09/23/2013 |
| **Waterfall Emotions** | PA0001817757 | 12/05/2012 | 12/16/2012 | 02/23/2013 |
| **Wild at Heart** | PA0001785969 | 04/08/2012 | 04/09/2012 | 07/27/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 19**

EXHIBIT B

EWI52